■    In the Matter of JONAS P. RELIN.—Order entered terminating suspension and reinstating petitioner as an attorney and counselor at law. Present—Marsh, P. J., Moule, Cardamone, Simons and Dillon, JJ.

■    In the Matter of RICHARD M. MANCUSO, an Attorney.—Resignation accepted and name stricken from roll of attorneys. Present—Marsh, P. J., Cardamone, Simons, Hancock, Jr., and Schnepp, JJ.